IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>THOMAS L. STRAUCH,<br><br>  Respondent. | CIVIL ACTION 3:07-CV-19-JTC |

### **ORDER TO UNSEAL**

The Court previously sealed this action by order dated January 30, 2007. As the respondent is currently in custody on charges of civil contempt,

IT IS HEREBY ORDERED that the action be UNSEALED.

IT IS SO ORDERED, this 9th day of November, 2009.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE