IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br>v.<br>THOMAS L. STRAUCH,<br><br>Respondent. | CIVIL CASE NO.<br>3:07-CV-19-JTC |

## **O R D E R**

Respondent has been incarcerated since October 10, 2008 for civil contempt for failing to comply with an IRS Summons and with Orders of this Court.  He has made no effort to purge himself of civil contempt by complying with the court orders or the IRS Summons.

Incarceration for civil contempt is indefinite, but it is not permanent. It is the duty of this court to make an individual determination that a realistic possibility exists that the contemnor will comply, and, if not, the district court should order the contemnor released.  In re Lawrence, 279 F.3d 1294, 1300 (11th Cir. 2002).

The Court will hold a hearing to determine whether there is a realistic possibility that Respondent will purge himself of civil contempt and comply with the Orders of the Court and the IRS Summons.

The Magistrate Judge appointed Timothy R. Saviello to represent the

contemnor upon the condition that he pay five hundred dollars into the registry of the Court on or before the first day of each month.  Although contemnor failed to comply with the condition for appointed counsel, this court appoints Timothy R. Saviello to represent contemnor for the purpose of the hearing.

The Court **DIRECTS** the parties to appear at a hearing to determine whether there is a realistic possibility that Respondent will comply with the Orders of the Court and the IRS Summons on **Thursday, January 14, 2010 at 2:00 p.m.**, in the **3rd Floor Courtroom**, U.S. Courthouse, 18 Greenville Street, **Newnan, Georgia**.  The clerk will immediately notify Mr. Saviello of his appointment.

**SO ORDERED**, this   23rd   day of December, 2009.

_____
JACK T. CAMP
UNITED STATES DISTRICT JUDGE