# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

**3:07-cv-00019-JTC**
**United States of America v. Strauch**
**Honorable Jack T. Camp**

Minute Sheet for proceedings held In Open Court on 01/14/2010.

TIME COURT COMMENCED: 2:03 P.M.　　COURT REPORTER: Lori Burgess
TIME COURT CONCLUDED: 2:35 P.M.　　CSO/DUSM: Rich Dziurzynski
TIME IN COURT: 00:32　　DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Daniel Caldwell representing United States of America<br>Timothy Saviello representing Thomas L. Strauch |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Status Conference held. Written Order to follow. |
| HEARING STATUS: | Hearing Concluded |