IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

NEWNAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Petitioner, | : |
| | : CIVIL ACTION NO. |
| v. | : |
| | : 3:07-CV-0019-JTC |
| THOMAS L. STRAUCH, | : |
| Respondent. | : |

**ORDER**

The Court having considered the motion by petitioner United States of America to dismiss, without prejudice, the subject action to enforce an Internal Revenue Summons,

**IT HEREBY IS ORDERED**, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that this action is dismissed without prejudice.

This _____ day of _____, 2010.

_____
JACK T. CAMP
SENIOR UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Daniel A. Caldwell*
DANIEL A. CALDWELL
ASSISTANT U.S. ATTORNEY